UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

United States of America,

                         Plaintiff,

-against-

                                                    Case No. 7:98-mj-2034

Craig Smith

                        Defendant.

------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                  SO ORDERED.

                                                               Hon. Martin R. Goldberg
                                                               United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
           Poughkeepsie, New York